LEYDEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Gertrude M. Leyden against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order of the County Court of Kings county affirmed, with costs.

WOODWARD and MILLER, JJ., dissent.

LISCHINSKY, Appellant, v. DOELGER, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Nochem Lischinsky against Charles A. Doelger. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re LOEW. (Supreme Court, Appellate Division, First Department. December 6, 1907.) In the matter of Herman G. Loew. No opinion. Motion granted, with $10 costs. Order filed.

LONG, Appellant, v. SEAMAN'S BANK FOR SAVINGS, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Bridget Long against the Seaman's Bank for Savings. A. H. Sarasohn, for appellant. G. Coggill, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LONGENECKER, Respondent, v. KUHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by David R. Longenecker against John R. Kuhn and others. No opinion. Motion to dismiss appeal dismissed.

LONGENECKER, Respondent, v. KUHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 6, 1907.) Action by David R. Longenecker against John R. Kuhn and others. No opinion. Motion denied.

LUIKERT, Respondent, v. LUIKERT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Victor Luikert against Rosalie Luikert and others. No opinion. Order affirmed, with costs and disbursements.

LUSK, Respondent, v. LEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Fred Lusk against Fred Lee and another.

PER CURIAM. Orders affirmed, with $10 costs and disbursements. Held that under the circumstances of this case it cannot be said that the court abused its discretion in denying the motions.

SPRING and ROBSON, JJ., dissent.

LUTFY, Appellant, v. NASSAR et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Deeb Lutfy against Shakir Nassar and others. No opinion. Order affirmed, with $10 costs and disbursements.

LYNCH, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Martin Lynch against the New York City Railway Company. B. H. Ames, for appellant. L. S. Posner, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LYONS BEET SUGAR REFINING CO., Appellant, v. BABCOCK, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the Lyons Beet Sugar Refining Company against Frank C. Babcock. No opinion. Order affirmed, with $10 costs and disbursements.

LYONS BEET SUGAR REFINING CO., Appellant, v. JENKINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the Lyons Beet Sugar Refining Company against George B. Jenkins. No opinion. Order affirmed, with $10 costs and disbursements.

LYONS BEET SUGAR REFINING CO., Appellant, v. NEAL, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the Lyons Beet Sugar Refining Company against Ellsworth Neal. No opinion. Order affirmed, with $10 costs and disbursements.

McCARDELL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Frances M. McCardell against the Metropolitan Street Railway Company. No opinion. Reargument ordered, and case set down for Monday, January 13, 1908.

McCARDELL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Roy L. McCardell against the Metropolitan Street Railway Company. No opinion. Reargument ordered, and case set down for Monday, January 13, 1908.

McCARTHY, Respondent, v. SCHULTZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by George T. McCarthy against Gustave Schultz.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

McCLURE, PHILLIPS & CO., Respondent, v. HOME LIFE PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by McClure, Phillips & Co. against the Home Life Publish-